*General Youngquist,* and *Messrs. A. W. Henderson* and *Erwin N. Griswold* for the United States.

No. 672. RUBY *v.* UNITED STATES. March 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Patrick H. O'Brien* and *Edward H. Barnard* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller* and *Harry S. Ridgely* for the United States.

No. 679. DORRANCE ET AL. *v.* PENNSYLVANIA. March 13, 1933. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Schofield Andrews, Robert von Moschzisker,* and *Nathan L. Miller* for petitioners. *Messrs. Wm. A. Schnader, Herman J. Goldberg,* and *Wm. A. Gray* for respondent.

No. 684. CHESAPEAKE & OHIO RY. CO. *v.* BURTON. March 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Douglas W. Brown* for petitioner. *Mr. A. A. Lilly* for respondent.

No. 640. MARTIN ET AL. *v.* UNITED STATES. March 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry M. Ehrlich* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.